[No. 29477-0-II.   Division Two.   August 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL R. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 02-1-00162-9, James B. Sawyer II, J., entered October 4, 2002. *Dismissed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 29506-7-II.   Division Two.   August 12, 2003.]

CATHY WEYAND, ET AL., *as Executors, Appellants*, v. DAVID E. MANCHESTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-2-00284-9, Don L. McCulloch, J., entered October 30, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton and Armstrong, JJ.

[No. 29528-8-II.   Division Two.   August 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD RUBEN STONEBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00751-0, Russell W. Hartman, J., entered November 6, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 20848-6-III.   Division Three.   August 14, 2003.]

*In the Matter of the Marriage of* LARRY C. HOWELL, *Respondent*, and PENNI H. HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-3-00488-7, Michael W. Leavitt, J., entered January 18, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.